# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Edgar Suarez Carrillo
                      Plaintiff,

v.                                      Case No.: 1:25−cv−13734
                                                             Honorable Jeremy C. Daniel

Todd Lyons
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The petition for a writ of habeas corpus [1] is granted in part. The petitioner's detention without a bond hearing is unlawful because 8 U.S.C. § 1225(b) does not apply to the petitioner and because due process requires a bond hearing. The government acknowledges that several courts, including this one, have found mandatory detention under Matter of Yajure Hurtado, 29 I.&N.; Dec. 216, 2025 WL 2674169 (BIA 2025) unlawful. The result is the same here. Therefore, the Court orders the government to provide the petitioner with a bond hearing on or before November 24, 2025. The parties shall submit a status report on or before November 26, 2025, that addresses the petitioner';s release status, including when the petitioner received a bond hearing, the result of that bond hearing, and any findings made by the immigration judge. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.